**Order entered October 5, 2018**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00778-CV

## D. REGINALD STOVER, JACE HARKEY,
## ROBERT H. HOLMES, AND THE HOLMES LAW FIRM, INC., Appellants

## V.

## ADM MILLING CO., Appellee

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-13-13400**

# ORDER

Before the Court is appellee's October 2, 2018 motion for additional oral argument time. Appellee requests an additional ten (10) minutes of argument time.

The Court **GRANTS** appellee's October 2, 2018 motion for additional oral argument time. Appellee will present oral argument for the time requested in the motion.

/s/    DOUGLAS S. LANG
       PRESIDING JUSTICE